This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**OCTAVIANO AGUIRRE,**

        Petitioner-Appellant,

**v.**                                                          **No. A-1-CA-36280**

**PRISCILA AGUIRRE and**
**LUIS F. CHAVEZ,**

        Respondents-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Debra Ramirez, District Judge**

Shannon Robinson
Albuquerque, NM

for Appellant

Priscila Aguirre
Luis F. Chavez
Albuquerque, NM

Pro Se Appellees

**MEMORANDUM OPINION**

**GARCIA, Judge.**

{1}     Petitioner-Appellant Octaviano Aguirre (Petitioner) appealed from an order of

the district court by which the biological parentage of the minor child was accurately acknowledged, and a prior default judgment concerning custody and child support was set aside. We previously issued a notice of proposed summary disposition, in which we proposed to affirm. Respondents-Appellees filed a timely memorandum in support. No memorandum in opposition has been submitted, and the filing deadline has passed.

{2}     Accordingly, for the reasons previously stated, we affirm.

{3}     **IT IS SO ORDERED.**

_____

**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

_____

**JONATHAN B. SUTIN, Judge**

_____

**M. MONICA ZAMORA, Judge**